**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JABBAR COLLINS,

     *Plaintiff*,

v.

BOBS DISCOUNT FURNITURE,
SECAUCUS, NEW JERSEY, et al.,

     *Defendants.*

Civil Action No. 20-3487(MCA)

ORDER

  **THIS MATTER** comes before the Court by way of plaintiff's motion to remand this case to state court, ECF No. 8;

  and it appearing that Judge Wettre issued a Report and Recommendation dated September 23, 2020, in which Judge Wettre recommended that this Court grant Plaintiff's motion to remand, ECF. No. 24; and

  it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

  it appearing that for the reasons set forth in Judge Wettre's Report and Recommendation;

  **IT IS** on this 23rd day of October, 2020,

  **ORDERED** that Judge Wettre's Report and Recommendation dated September 23, 2020, is **ADOPTED** and Plaintiff's motion to remand ECF. NO. 8 is **GRANTED.**

        *s/ Madeline Cox Arleo*
        **Hon. Madeline Cox Arleo**
        **United States District Judge**